# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEDRO TYRONE BELL,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 79582

**FILED**

SEP 2 7 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 6, 2016. Appellant did not file the notice of appeal, however, until September 5, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-40219

cc: Hon. Stefany Miley, District Judge
Pedro Tyrone Bell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk